UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GREGORIO C. FUNTANILLA,

        Plaintiff,

   v.

R. RAMOS, et al.,

        Defendants.

NO. CIV. S 03-1533 MCE CMK P

ORDER

----oo0oo----

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On January 6, 2005, Magistrate Judge Kellison filed the findings and recommendations herein, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within ten (10) days. On January 20, 2005, Plaintiff filed a motion for extension of time to file objections. The Court granted

1

1  Plaintiff ten (10) additional days to file objections to the
2  findings and recommendations.  Plaintiff filed his objections on
3  March 14, 2005, and Defendants filed a response to Plaintiff's
4  objections on March 16, 2005.
5       In his January 6, 2005, decision, Judge Kellison recommended
6  that Plaintiff's *in forma pauperis* status be revoked and the case
7  be dismissed in accordance with 28 U.S.C. § 1915(g) ("In no event
8  shall a prisoner bring a civil action . . . under this section if
9  the prisoner has, on 3 or more prior occasions, while
10 incarcerated . . . brought an action . . . that was dismissed on
11 the grounds that it is frivolous, malicious, or fails to state a
12 claim upon which relief can be granted . . .")
13      In his objection to Judge Kellison's findings and
14 recommendations, Plaintiff argues that the Court erred in finding
15 that four of Plaintiff's thirty actions (filed in this court
16 alone) qualify as "strikes" under 28 U.S.C. § 1915(g).  <u>Andrews
17 v. King</u>, 398 F.3d 1113, 1121 (9th Cir. 2005).
18      In accordance with the provisions of 28 U.S.C. § 636(b)(1)
19 and Local Rule 72-304, the Court has conducted a *de novo* review
20 of this case.  Having carefully reviewed the entire file in light
21 of the Ninth Circuit's ruling in <u>Andrews</u>, the Court finds that
22 the following cases qualify as "strikes" under 28 U.S.C. §
23 1915(g): 1) <u>Funtinella v. Tieman, et. al.</u>, 92-CV-1017 (dismissed
24 as frivolous by the Court's order of October 10, 1992); 2)
25 <u>Funtanilla v. Jones</u>, 95-CV-4236 (malicious - dismissed pursuant
26 to Rule 11(c) by the Court's order of May 8, 1996); 3) <u>Funtanilla
27 v. Schneider, et. al.</u>, 92-CV-1975 (malicious – dismissed pursuant
28 to Rule 11(c) by the Court's order of April 7, 1997); and 4)

Funtanilla v. Ninevala, et. al., 98-CV-6365 (dismissed for failure to state a claim by the Court's order of March 14, 2001).

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed January 6, 2005, are adopted in full;

2. Defendant's August 13, 2004, motion to revoke Plaintiff's *in forma pauperis* status is GRANTED;

3. Defendant's August 13, 2004, motion to dismiss pursuant to 28 U.S.C. § 1915(g) is GRANTED;

4. This action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE